

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00022-CV

WALLY YAMMINE, APPELLANT

V.

DAVID PAUL HEALY, ET AL

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-279302-15, Honorable Mike Wallach, Presiding

February 26, 2020

## ORDER OF ABATEMENT

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Wally Yammine appeals from the trial court's final judgment. On February 13, 2020, Yammine filed a suggestion of bankruptcy. TEX. R. APP. P. 8.1. The suggestion provides notice that Yammine filed a bankruptcy petition in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, on January 7, 2020. Yammine has filed a copy of his bankruptcy petition with this court. The bankruptcy proceeding is currently pending as case number 20-40119-MXM13, styled *In re Wally Yammine.*

Accordingly, this appeal is abated, and all appellate deadlines are suspended until further order of this court. TEX. R. APP. P. 8.2. The parties may file a motion to reinstate or sever the appeal if permitted by federal law or the bankruptcy court. TEX. R. APP. P. 8.3. The parties shall promptly inform this court of the resolution of the bankruptcy proceeding or any other event authorizing reinstatement of the appeal.

It is so ordered.

Per Curiam